

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00902-CV

**IN RE** Randolph **JACKSON** and Janet Meyers, Individually and as Heirs of the Estate of
Matthew Charles Jackson; and Erica Fitts, Individually and as Next Friend of Jasper Charles
Jackson, a Minor

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17862
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  April 9, 2014

DISMISSED

Appellants have filed a motion to dismiss this appeal.  The motion contains a certificate of
service to appellees, who have not opposed the motion.  Therefore, we grant the motion and
dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellants.

PER CURIAM